MODERN LIFE INSURANCE CO. *v.* WOLFMAN.

No. 574.   Decided November 13, 1967.

*John M. Hall, William E. Kelly* and *Preben Jenson* for appellant.

*Arthur V. Getchell* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN would dismiss the appeal for want of jurisdiction.   28 U. S. C. § 1257.

IN RE EPSTEIN ET AL.

No. 649, Misc.   Decided November 13, 1967.

*Wesley R. Asinof* on the motion.

*Arthur K. Bolton,* Attorney General of Georgia, and *Harold N. Hill, Jr.,* Assistant Attorney General, for Maddox, Governor of Georgia, et al., in opposition.

PER CURIAM.

The motion for leave to file a petition for writ of mandamus is denied.   See *Schackman* v. *Arnebergh,* 387 U. S. 427.